McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
BY: MARK R. KEHOE, ESQUIRE
ID. No. 44471
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815
(215) 557-2900
Email: mkehoe@mdmc-law.com
Attorneys for Defendant,
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDY CULLARI,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No.: 3:16-CV-02307 (ARC)<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between Williamson, Friedberg & Jones, attorneys for plaintiff, Candy Cullari, and McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, Metropolitan Life Insurance Company, that the action be and is hereby dismissed with prejudice and without attorneys' fees or costs.

WILLIAMSON, FRIEDBERG & JONES
Attorneys for Plaintiff,
Candy Cullari

By: _____
     Joseph H. Jones, Jr., Esq.
Dated: 2/1/17
3265304_1

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorney for Defendant,
Metropolitan Life Insurance Company

By: _____
     Mark R. Kehoe, Esq.
Dated: 2/1/17

SO ORDERED.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

DATED: February 2, 2017